# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BLUEFIELD

ANGELA LAZELLE TOWNSEND,

       **Plaintiff,**

v.                            **CIVIL ACTION NO. 1:18-00328**

NANCY A. BERRYHILL,
**Acting Commissioner of the
Social Security Administration,**

       **Defendant.**

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United
States Magistrate Judge Omar J. Aboulhosn for submission of
findings and recommendations regarding disposition, pursuant to
28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted
to the court his Proposed Findings and Recommendation ("PF&R")
on January 31, 2019, in which he recommended that the district
court deny plaintiff's motion for summary judgment; grant the
defendant's request to affirm the decision of the Commissioner;
affirm the final decision of the Commissioner; and dismiss this
action from the docket of the court.  ECF No. 21.

In accordance with the provisions of 28 U.S.C. § 636(b),
the parties were allotted fourteen days, plus three mailing
days, in which to file any objections to the magistrate judge's
PF&R.  The failure of any party to file such objections

constitutes a waiver of such party's right to a <u>de novo</u> review by this court.  See <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

Neither party has filed any objections to the magistrate judge's PF&R within the required time period.  Accordingly, the court adopts the factual and legal analysis contained within the PF&R as follows:

1. Plaintiff's motion for summary judgment is **DENIED,** (ECF No. 14);

2. Defendant's request to affirm the decision of the Commissioner is **GRANTED,** (ECF No. 19);

3. The final decision of the Commissioner is **AFFIRMED;** and

4. The Clerk is directed to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

It is **SO ORDERED** this 20th day of March, 2019.

**ENTER:**

David A. Faber
Senior United States District Judge